# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00394-CR

**Larry James Murray, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 579,508, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

Larry James Murray was convicted of speeding and fined $200 by the Lakeway Municipal Court of Record No. 1. Ten days following his conviction in the municipal court, Murray filed an appeal bond and the record was forwarded to the county court at law. Murray then moved to transfer the cause to "one of the Travis County Courts at Law that tries criminal cases for a trial de novo." The county court at law overruled the motion. The court later dismissed Murray's appeal for want of jurisdiction because he did not comply with the statutory requirements for perfecting appeals from municipal courts of record. *See* Tex. Gov't Code Ann. § 30.00014(c), (d) (West Supp. 2002).

Murray's sole point of error is that the county court at law erred by overruling his motion to set the case for trial de novo. Murray does not challenge the court's dismissal for want of jurisdiction. Because the dismissal is not challenged, we do not reach the ruling on the motion to transfer.

The county court at law's judgment is affirmed.

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Affirmed

Filed:   February 22, 2002

Do Not Publish